### CLEVELAND TRUST CO v OHIO TAX COMM et

Ohio Appeals, 8th Dist, Cuyahoga Co
No 9624. Decided November 19, 1928

Messrs. Snyder, Henry, Thomsen, Ford & Seagrave, Cleveland, for Cleveland Trust Co.

Carlton S. Dargusch, Esq., Columbus, for Ohio Tax Comm et.

Opinion by VICKERY, J.
SULLIVAN, P. J., concurs.